**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 19-CR-20135-MOORE

UNITED STATES OF AMERICA,

vs.

GIFTLORD SAINT-VICTOR,

    Defendant.

_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

    This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Giftlord Saint-Victor (ECF No. 58). Upon referral from District Court Judge K. Michael Moore, the matter was set for a telephonic status conference (ECF No. 59).

    A status conference was conducted on July 16, 2021, for the purpose of scheduling an evidentiary hearing. Defendant, through counsel, indicated that he may be admitting the violations and sought additional time to decide whether an evidentiary hearing would be necessary. A subsequent hearing was set for July 30, 2021, again for the purpose of scheduling an evidentiary hearing, should one be required.

    On July 28, 2021, Defendant filed a Notice of Intent to Admit Supervised Release Violations. In the filing, Defendant, through counsel, gives notice that he intends to admit the allegations that form the basis of the violations (Numbered 1 and 2) of the Petition (ECF No. 61).

    Accordingly, and upon Defendant's Notice of Intent to Admit, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt on violations Number 1 and 2 of the Petition, find him guilty of the Supervised Release Violation as charged, and set the

matter for final revocation hearing.

The parties will have fourteen calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 28th day of July, 2021.

                                  LAUREN F. LOUIS
                                  **UNITED STATES MAGISTRATE JUDGE**

cc:    The Honorable K. Michael Moore
       Counsel of record
       USPO Jimmy Wong