**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-CR-20135-MOORE

UNITED STATES OF AMERICA

      Plaintiff,

v.

GIFTLORD SAINT-VICTOR,

      Defendant.
_____ /

## **REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

      **THIS CAUSE** has been referred to the undersigned to take all necessary and proper action as required by law with respect to any violations of Supervised Release as to Defendant Giftlord Saint-Victor (ECF No. 79).

      Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 83). Following that status conference, Defendant filed a written Notice of Admission (ECF No. 86), noticing his intention to admit each of the violations alleged in the Petition.

      Accordingly, it is the recommendation of the undersigned that the Court set the matter for a final hearing and accept Defendant's admission of guilt of the Supervised Release Violations as charged in the Superseding Petition (ECF No. 74).

      The parties will have **FOURTEEN (14) DAYS** from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge.  Failure to timely file objections will bar a *de novo* determination by the

District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 27th day of April, 2023.

                                                                    _____
                                                                    LAUREN F. LOUIS
                                                                    UNITED STATES MAGISTRATE JUDGE

cc:   Honorable K. Michael Moore
        Counsel of record